UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NATANAEL ROMERO CAMPOS, <br><br> Defendant. | CASE NO. 1:21-MJ-00083-BAM <br><br> **UNSEALING ORDER** |

Good cause due to the defendant's pending Initial Appearance on the Complaint in the Southern District of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:   **October 4, 2021**

_____
UNITED STATES MAGISTRATE JUDGE