PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>NATANAEL ROMERO CAMPOS,<br><br>                    Defendant. | CASE NO. 1:21-CR-00247-JLT-SKO<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 21, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

      This case is set for STATUS CONFERENCE on September 21, 2022.  Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

      1.      By previous order, this matter was set for status on September 21, 2022.

      2.      By this stipulation, the parties move to vacate the status conference on September 21, 2022, and to exclude time between September 21, 2022, and the date the defendant is arrested on the pending warrant, under 18 U.S.C. § 3161(h)(3)(A).

      3.      The parties agree and stipulate, and request that the Court find the following:

      a)      On July 20, 2022, the Honorable Barbara A. McAuliffe, U.S. Magistrate Judge in and for the Eastern District of California signed a Pretrial Release Violation Petition and issued a bench warrant for the arrest of Natanael Romero Campos.  The Petition alleges that "the defendant failed to check in with [Pretrial Services] as directed in the month of June 2022. On

July 18, 2022, the supervising officer made an unannounced home contact at the defendant's last known address, and it appears the defendant is no longer residing there. The defendant's whereabouts are currently unknown."

  b) Natanael Romero Campos is absent, as "his whereabouts are unknown and, in addition, he is attempting to avoid apprehension or prosecution or his whereabouts cannot be determined by due diligence." *See* 18 U.S.C. § 3161(h)(3)(B).

  c) The Speedy Trial Act provides that "[a]ny period of delay resulting from the absence . . . of the defendant . . ." "shall be excluded in computing the time . . . within which the trial . . . must commence." 18 U.S.C. § 3161(h)(3)(A).

  d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 21, 2022 to the date the defendant is arrested on the pending warrant, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(3)(A) because this period of delay has resulted from Natanael Romero Campos being absent.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 6, 2022        PHILLIP A. TALBERT
                  United States Attorney

                  /s/ ANTONIO J. PATACA
                  ANTONIO J. PATACA
                  Assistant United States Attorney

Dated:  September 6, 2022        /s/ MARIO RIVAS
                  MARIO RIVAS
                  Counsel for Defendant
                  NATANAEL ROMERO
                  CAMPOS

**ORDER**

IT IS SO ORDERED.

DATED: 9/5/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE