IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>NATANAEL ROMERO CAMPOS,<br><br>                    Defendant.<br><br>GISELA AGUIRRE,<br><br>                    Surety. | CASE NO.  1:21-CR-00247-JLT-SKO<br><br>ORDER DECLARING BAIL FORFEITED AND DIRECTING CLERK TO SERVE PAPERS ON SURETY |

WHEREAS, Defendant, having violated at least one condition of the appearance bond, and for good cause shown, IT IS HEREBY ORDERED that:

1. Pursuant to 18 U.S.C. § 3146(d) and Rule 46(f)(1) of the Federal Rules of Criminal Procedure, Defendant's bail is ordered FORFEITED; and

2. The Clerk shall serve Surety Gisela Aguirre by mail with the United States' Motion for Forfeiture of Bond (ECF 30) and this Order, pursuant to Fed. R. Crim. P. 46(f)(3)(C); and

///

///

///

3. If Surety does not file a motion to set aside the bail within 14 days after service, the United States shall submit a proposed default judgment.

IT IS SO ORDERED.

Dated: __**October 15, 2025**__            _/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE