IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     v.<br><br>NATANAEL ROMERO CAMPOS,<br><br>                          Defendant.<br><br>GISELA AGUIRRE,<br><br>                          Surety. | CASE NO.  1:21-CR-00247-JLT-SKO<br><br>DEFAULT JUDGMENT AGAINST DEFENDANT AND SURETY |

      The Court, finding the bail forfeit pursuant to Federal Rule of Criminal Procedure 46(f)(1), now enters default judgment in favor of the United States pursuant to Federal Rule of Criminal Procedure 46(f)(3)(A), as follows:

      1.     Defendant Natanael Romero Campos and Surety Gisela Aguirre are liable to the United States, jointly and severally, for the forfeited bail of $15,000.00 together with interest as allowed by law.

      2.     The Clerk of the Court shall serve Surety Gisela Aguirre by mail with this judgment pursuant to Fed. R. Crim. P. 46(f)(3)(C).

IT IS SO ORDERED.

     Dated:   **November 19, 2025**                                    */s/ Jennifer L. Thurston*
                                                                 UNITED STATES DISTRICT JUDGE