IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATANAEL ROMERO CAMPOS,<br><br>Defendant. | CASE NO.  1:21-CR-00247-JLT-SKO<br><br>ORDER DIRECTING SURETY<br>TO PAY FORFEITED BAIL TO<br>THE CLERK OF THE COURT |
| GISELA AGUIRRE,<br><br>Surety. | |

WHEREAS, the Court declared the bail forfeited because Defendant absconded, which was a violation of the Appearance Bond.

WHEREAS, Surety Gisela Aguirre agreed to pay a cash bail of $15,000.00 if Defendant violated any conditions of the Appearance Bond.

WHEREAS, default judgment has been entered in favor of the United States on November 19, 2025, in the amount of $15,000.00, plus interest as allowed by law, against Defendant and Surety Gisela Aguirre.

For good cause shown, IT IS HEREBY ORDERED that:

1. Surety Gisela Aguirre shall pay to the Clerk of the Court $15,000.00 within 14 days of service of this order.

2. Payment must be by check, cashier's check, or money order, made out to "Clerk of the Court" and delivered by mail or in person to:

>Clerk of the Court
>(ATTN: 1:21-CR-00247)
>501 I Street, Suite 4-200
>Sacramento, CA 95814

3. The Clerk shall serve Surety Gisela Aguirre by mail with this Order pursuant to Fed. R. Crim. P. 46(f)(3)(C).

4. Upon receipt of the funds, the Clerk shall move the funds to the Crime Victims Fund.

IT IS SO ORDERED.

Dated: **November 19, 2025**

*[signature]*
UNITED STATES DISTRICT JUDGE