ERIC GRANT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATANAEL ROMERO CAMPOS,<br><br>　　　　　Defendant,<br><br>GISELA AGUIRRE,<br><br>　　　　　Surety. | CASE NO.: 1:21-CR-00247-JLT-SKO<br><br>**STIPULATION FOR REPAYMENT OF FORFEITED BAIL** |

　　　The United States and Surety Gisela Aguirre (the Parties) have reached an agreement concerning the $15,000 money judgment for forfeited bail entered against her and Defendant. The Parties stipulate to a payment plan on the following grounds:

　　　1.　　On October 8, 2021, an Appearance Bond was executed by Defendant and Surety. They agreed to be jointly and severally bound to pay the United States of America $15,000 plus interest if judgment is entered against them for Defendant's violation of the conditions of release.

　　　2.　　Defendant absconded during the pendency of his criminal case, and a judgment was entered against Surety Gisela Aguirre and Defendant in the amount of $15,000 plus interest on November 19, 2025.

3. On November 19, 2025, this Court entered an order directing Surety Gisela Aguirre to pay $15,000 plus interest within 14 days of the order. (ECF 36).

4. Surety Gisela Aguirre wishes to fulfill her obligation but asks that she be permitted to make installment payments in lieu of a lump sum amount. The United States agrees that a payment plan is appropriate.

5. Surety Gisela Aguirre agrees to pay at least $200 per month, with the first payment due by January 15, 2026, and then due the 15th day of every month following.

6. The United States agrees that all interest is waived upon payment in full of the $15,000 principal amount.

7. The Parties agree that the United States may accelerate the payment plan so that the full amount of the debt becomes due and payable, or to renegotiate the payment plan, if Surety Gisela Aguirre fails to make timely payments in the agreed-upon amount.

FOR THE UNITED STATES:

Dated: 12/17/25

ERIC GRANT
United States Attorney

By: /s/ Robin Tubesing
ROBIN TUBESING
Assistant United States Attorney

FOR THE SURETY:

Dated: 12/17/25

/s/ Gisela Aguirre
GISELA AGUIRRE
Surety

STIPULATION FOR PAYMENT
OF FORFEITED BAIL

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation for Payment of Forfeited Bail, and good cause appearing, hereby APPROVES the Stipulation. Accordingly, the Court ORDERS as follows:

1. Surety Gisela Aguirre shall pay at least $200 per month, with the first payment due on January 15, 2026, and then the 15th day of every month following until paid in full.

2. Payment must be by check, cashier's check, or money order, and made out to "Clerk of the Court" and delivered by mail or in person to:

> Clerk of the Court
> (ATTN: 1-21-CR-00247)
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

3. All interest shall be waived upon payment in full of the $15,000 principal amount.

4. The United States may accelerate the payment plan, so that the full amount of the debt becomes due and payable, or to renegotiate the payment plan, if Surety Gisela Aguirre fails to make timely payments in the agreed-upon amount.

IT IS SO ORDERED.

Dated:   **December 17, 2025**

_____
UNITED STATES DISTRICT JUDGE